## THIRD DISTRICT.

Earl Miller et al., appellees, v. William Botwinis et al., appellants.
Action under the Dramshop Act to recover for suicide of father.
Judgment for plaintiffs. Appeal from the Circuit Court of Sangamon county; the Hon. Norman L. Jones, Judge, presiding. Heard
in this court at the October term, 1917. Affirmed. Opinion filed
October 22, 1918.
A. M. Fitzgerald, for appellants. S. H. Cummins, for appellees.
Mr. Presiding Justice Eldredge delivered the opinion of the court.

Martins-Leary Company, Inc., defendant in error, v. Lawrence
Funk et al. Lawrence Funk, plaintiff in error.
Assumpsit to recover on open account. Judgment for plaintiff.
Error to the Circuit Court of McLean county; the Hon. C. D. Myers,
Hon. T. M. Harris and Hon. Sain Welty, Judges, presiding. Heard
in this court at the April term, 1918. Reversed and remanded. Opinion filed October 22, 1918.
Sterling, Livingston & Whitmore, for plaintiff in error. James L.
Loar, for defendant in error.
Mr. Presiding Justice Eldredge delivered the opinion of the court.

People's State Bank of Chandlerville, appellant, v. Tillie Zook
Lynn, appellee.
Action on note. Judgment for defendant on appeal from Justice
Court. Appeal from the Circuit Court of Cass county; the Hon.
Harry Higbee, Judge, presiding. Heard in this court at the April
term, 1918. Affirmed. Opinion filed October 22, 1918.
A. A. Leeper, for appellant. Lucas & Lucas, for appellee.
Mr. Presiding Justice Eldredge delivered the opinion of the court.

F. L. Schlierbach, appellant, v. George W. Marsland, appellee.
Bill to restrain the clerk of a City Court from collecting clerk's
fees in violation of agreement between the parties. Bill dismissed.
Appeal from the Circuit Court of Christian county; the Hon. Thomas
M. Jett, Judge, presiding. Heard in this court at the April term,
1918. Affirmed in part, reversed in part and remanded with directions. Opinion filed October 22, 1918.
Charles E. Springstun, for appellant. Chafee, Chew & Baker, for
appellee.
Mr. Presiding Justice Eldredge delivered the opinion of the court.

Thomas Walsh, appellee, v. Central Illinois Public Service Company, appellant.
Action to recover damages for injuries sustained by driver of automobile on striking guy wire in highway. Judgment for plaintiff.
Appeal from the Circuit Court of Morgan county; the Hon. Elbert
S. Smith, Judge, presiding. Heard in this court at the April term,
1918. Affirmed. Opinion filed October 22, 1918.